JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AERICK ELIJAH MCCOY-HILL, an individual,<br><br>Plaintiff<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC.; DOES I-X; and ROES I-X,<br><br>Defendant | Case No. 2:25-cv-00568-CDS-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**WHEREAS** all Parties and their counsel have agreed upon a full and settlement of the above-captioned matter:

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and JERICHO L. REMITIO, ESQ. of the law firm MICHAEL T. HUA LAW as counsel of record for Plaintiff AERICK ELIJAH MCCOY-HILL, as follows:

1. That the claims herein of Plaintiff AERICK ELIJAH MCCOY-HILL against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

2. That there is no trial date set for this case inasmuch as the Parties have not reached the point in this litigation to submit proposed dates for same.

**IT IS SO STIPULATED.**

DATED this 6th_day of October, 2025.    DATED this 6th_day of October, 2025.

**MICHAEL T. HUA LAW**    **COOPER LEVENSON, P.A.**

/s/ Jericho L. Remitio    /s/ Jerry S. Busby

JERICHO L. REMITIO, ESQ.
Nevada Bar No. 11446
6145 Spring Mountain Road, Suite 201
Las Vegas, Nevada 89146
(702) 852-2228
Attorneys for Plaintiff
AERICK ELIJAH MCCOY-HILL

JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 9, 2025